# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

SCOTT HARRIS KOBEL,

                    **Plaintiff,**

**v.**                                                    **CIVIL NO.  13-3088-SAC**

**LANSING CORRECTIONAL**
**FACILITY, et al.,**

                    **Defendants.**

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( x )**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

         **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

Entered on the docket 07/17/13

**Dated:  July 17, 2013**              **TIMOTHY M. O'BRIEN, CLERK**

                              **s/S. Nielsen-Davis**
                              **Deputy Clerk**